UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jerome Jacobs,
        Plaintiff,

vs.  07-3171

Clifton McCalla et al.,
        Defendants.

ORDER

On September 22, 2009, the court appointed Krishna Desai and Isabel Rosa, law students of the University of Illinois College of Law, Federal Civil Rights Clinic, to represent the plaintiff, Jerome Jacobs. As Desai and Rosa are law students, they do not have bar cards because they are not admitted to practice law in any state. However, they are provisionally admitted to practice law before the United States District Court, Central District of Illinois.

As Desai and Rosa now represent Jacobs, it is necessary that they communicate with their client by mail, phone, video conference (when possible), and in-person visits at his place of incarceration. All Writs Act, 28 U.S.C. § 1651(a), gives the federal courts the power "to issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." Pursuant to the All Writs Act, this court has authority "to issue such commands . . . as may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained." *United States v. New York Telephone Co.,* 434 U.S. 159, 172, 98 S. Ct. 364, 372 (1977) (upholding the order of a district court compelling a telephone company to assist federal law enforcement officials in the implementation of a prior court order authorizing the use of pen registers). This court has no desire to interfere in the day-to-day operation of the detention center. However, it has the authority, and in the effective management of its caseload, has the duty to assure that the cases on its docket proceed in a proper fashion, which includes ensuring the law students' access to their client.

**It is therefore ordered:**

1. Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), this court orders and graciously requests that the Director of the Rushville Treatment and Detention Facility allow Krishna Desai and Isabel Rosa to meet with their client, Jerome Jacobs. The students shall be responsible for arranging the date and time of the meeting(s), in accordance with Facility rules.

2. The clerk of the court is directed to fax a copy of this order to the attention of the Director of the Rushville Treatment and Detention Facility.

3.        The Director is directed to confirm receipt of this order within seven days of this order.

Enter this 23rd day of September 2009.

                                          /s/ Harold A. Baker
                          _____
                                           Harold A. Baker
                                United States District Judge